GF16 08/2010

At a term of the Family Court of the State of New York, held in and for the County of Queens, at Queens County, 151-20 Jamaica Avenue, Jamaica, NY 11432, on March 15, 2018

**PRESENT:** Marilyn L. Zarrello Esq., Referee

In the Matter of a **Family Offense** Proceeding

**John DiRubba**,

                        Petitioner,

- against -

**Valerie Cincinelli**,

                        Respondent.

File #: 179730
Docket #: O-03362-18

**ORDER OF DISMISSAL**

A petition under Article 8 of the Family Court Act, having been filed in this Court on February 13, 2018 for the following: Order of Protection;

And the matter having duly come on to be heard before this Court and the following having appeared: John DiRubba; Valerie Cincinelli and Vincent Joseph Trimarco Jr;

NOW, after examination and inquiry into the facts and circumstances of the case, it is hereby

ADJUDGED that the petition is dismissed due to withdrawal of petition; it is therefore

ORDERED that the petition herein is dismissed; and it is further

ORDERED that Temporary Order of Protection is vacated.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**Dated:** March 15, 2018                  **ENTER**

                                                  Marilyn L. Zarrello Esq., Referee

**Check applicable box:**
☐ Order mailed on [specify date(s) and to whom mailed]:_____
☐ Order received in court on [specify date(s) and to whom given]:_____