**Office of Children and Family Services**

**CHILD ABUSE AND MALTREATMENT REGISTER**
**P.O. BOX 4480, ALBANY, NY 12204-0480**

**ANDREW M. CUOMO**
Governor

**SHEILA J. POOLE**
Acting Commissioner

**February 15, 2018**

Valerie Cincinelli
19 Pine St
Oceanside, NY 11572-3111

**Re: Case ID:** 26851503
**Intake Stage ID:** 31665697
**Date of Intake:** 11/10/2017

Dear Valerie Cincinelli:

This letter is to give you the results of the investigation into a report of suspected child abuse or maltreatment investigated by the local child protective services (CPS) office. The report was determined to be "unfounded." This means that CPS did not find believable proof (credible evidence) that a child was abused or maltreated.

Unfounded reports are legally sealed by the New York Statewide Central Register of Child Abuse and Maltreatment (SCR). This means that the SCR will keep a record of the unfounded report, but all the information will be kept confidential and not shared with any person or organization except for the very few circumstances that State law allows. A sealed report may be made available to CPS or a State agency investigating a new report of child abuse or maltreatment involving the subject (alleged perpetrator), the child victim, or the child's sibling. A sealed unfounded report is not available to employers or licensing agencies.

Sealed reports will be expunged, which means destroyed, ten years after the date of the report and will not be available to anyone in any circumstances. This will happen automatically and does not require any action by anyone.

Please note that each report is treated separately and the sealing of this particular report will not affect any other reports in which you may have been named as a subject or other person. Therefore, if you were previously advised that a different report had been "indicated," then that report will remain in the SCR and will not be sealed. If you are receiving services as the result of a different report, this finding does not change those services.

If you have any questions regarding this letter, please contact 1-844-337-6298 between 8:00 am and 5:00 pm, Monday through Friday, excluding holidays, or write to the Statewide Central Register (address listed above) and include a copy of this letter or the Case ID and Stage ID in your letter. Those ID numbers are located in the upper right-hand corner of this letter.

Sincerely,

Sheila McBain, Director
Statewide Central Register
Division of Child Welfare and Community Services