I wish I had the money right now to come over and give to you that I really do but I don't and I have to suffer for it for the poor decisions that I made please don't judge me I always made everybody laugh and did crazy things hope I made they happy

At this point in time I give up you win  I lose ...I really wish I had the money in my pocket to come to you, but I don't wish we could just work something out , but you want it all upfront and I can't do that right

8:29 AM