> I will give you 6500 and the remaining money for the 15,600 on the 15th