# New York State Unified Court System

## WebCriminal

## Case Details - Summary

### CASE INFORMATION
Court: **New York Criminal Court**
Case #: **2019NY002621**
Defendant: **Dirubba, John**

### Defendant
Name: **Dirubba, John**
Birth Year: **1964**
NYSID: **14553089Y**

### Incident and Arrest

**Incident**
Date: **January 15, 2019 12:50**
CJTN: **68882817Z**

**Arrest**
Date & Time: **January 16, 2019 11:30**
Arrest #: **M19602694**

**Officer**
Agency: **NYPD**
Command: **17**

### Attorney Information

**Defense Attorney**
Name: **Mcqueeney, James Michael**
Firm: **Legal Aid Society-manhattan**
Type: **Legal Aid**
Court Date: **January 17, 2019**
Court Part: **APAR1**
Address: **49 Thomas Street, New York, NY 10013**
Phone: **212 - 732 - 5000**

**Assistant District Attorney**
Name: **New York County District Attorney,**
Assigned: **January 17, 2019**

### Next Appearance
Date: **June 18, 2019**
Court: **New York Criminal Court**
Part: **N**

### Docket Sentence
**No Sentence Information on File**

# New York State Unified Court System

## WebCriminal

## Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court: | **New York Criminal Court** |
| Case #: | **2019NY002621** |
| Defendant: | **Dirubba, John** |

| Charge | Detail | | Disposition/Sentence |
|---|---|---|---|
| PL 155.40 01 **\*\*TOP CHARGE\*\*** | **C Felony, 1 count, Not an arrest charge, Arraignment charge** | | |
| | Description: | *Gr Lar 2nd:property Val&gt;$50000* | |
| PL 160.05 00 | **D Felony, 1 count, Not an arrest charge, Arraignment charge** | | |
| | Description: | *Robbery-3rd* | |

# New York State Unified Court System

## WebCriminal

### Case Details - Appearances

**CASE INFORMATION**

| | |
|---|---|
| Court: | **New York Criminal Court** |
| Case #: | **2019NY002621** |
| Defendant: | **Dirubba, John** |

| Date/Time | Judge/Part | Calendar Section | Arraignment/Hearing Type | Court Reporter | Outcome/Release Status |
|---|---|---|---|---|---|
| 06/18/2019 | N | PENDING | | | |
| 05/28/2019 | Peterson, L N | PENDING | No Type | Olsson, Erika | Case Continued (adjourned) RoR Continued |
| 05/07/2019 | Cesare, H N | PENDING | No Type | Cooke, Dionne | Case Continued (adjourned) RoR Continued |
| 04/16/2019 | Cesare, H N | PENDING | No Type | Jimenez-dearmas, Meli | Case Continued (adjourned) RoR Continued |
| 03/25/2019 | Peterson, L N | PENDING | No Type | Filion, John | Case Continued (adjourned) RoR Continued |
| 02/28/2019 | Peterson, L N | PENDING | No Type | Johnson, C | Case Continued (adjourned) RoR Continued |
| 02/07/2019 | Peterson, L N | PENDING | No Type | Martinez, J | Case Continued (adjourned) RoR Continued |
| 01/17/2019 | Clynes, J APAR1 | PENDING | Regular | Messina, A | Case Continued (adjourned) - Temporary Order Of Protection Issued Released on Recognizance |