Case 2:19-cr-00245-SJF-ARL   Document 16-11   Filed 06/13/19   Page 1 of 10 PageID #: 116

TOPICS                                   **SUBSCRIBE**
                                         Get 10 FREE weeks                              LOG IN

| Trump is the enemy of the American people |  California college student uses gender-swapping Snapchat filter to catch cop... |  GREENE: Former pr Linda Fairste Central Park

*ADVERTISEMENT*

NYC CRIME    NEW YORK

# 'My heart is destroyed': Man left in anguish after wearing wire to bust NYPD cop girlfriend plotting hit on his teen daughter

By **TREVOR KAPP** , **ROCCO PARASCANDOLA**  and **ESHA RAY**
NEW YORK DAILY NEWS   |   MAY 21, 2019

  





NYPD Officer Valerie Cincinelli has been charged with enlisting her boyfriend to find a hitman who could murder her former spouse. (Obtained by Daily News)

Love hurts.

The man who wore a wire to help the FBI bust his NYPD cop girlfriend on charges of plotting hits on his teen daughter and her estranged husband says he's anguished over their twisted relationship.

inRead invented by Teads

ADVERTISEMENT

"My heart is destroyed," John DiRubba, 54, told the Daily News on Sunday. "I can't even think straight now. I can't come to terms that a mother of two, a police officer . . . wanted to harm my daughter."

Federal authorities say Officer Valerie Cincinelli, 34, asked DiRubba in February to find a hitman to kill her estranged hubby, Isaiah Carvalho, who filed for divorce last year. Her boyfriend pretended to oblige, but instead alerted the FBI, prosecutors say.

Sources told The News that DiRubba also reached out to Carvalho's family to warn them what she was plotting.

[More New York] Woman, 47, in critical condition following Queens hit-and-run »

"You think you're in love with someone, but it's not what you think," DiRubba said. "You try so hard to overlook things, but you can't."

As the plot advanced, Cincinelli added DiRubba's 15-year-old daughter to her hit list, authorities say. She was enraged the girl got in the way of her spending time with DiRubba, say police sources.

When DiRubba said he knew someone who would carry out the killings for $7,000,

Cincinelli immediately got the money from the bank. DiRubba used the cash to buy gold coins to pay the hitman, prosecutors allege.

[More New York] NYPD seizes 'cage' street art focusing on Mexican border crisis »

Cincinelli hoped DiRubba's daughter could be gunned down near her school in New Jersey. Told the hitman wouldn't kill the teen near a school, Cincinelli allegedly responded: "Run her the f--- over. How about that?"

On Friday morning, a Suffolk County detective came to Cincinelli's Oceanside, L.I. home to notify her that Carvalho had been murdered. The visit was a ruse set up by the feds — both Carvalho and DiRubba's teen daughter were unharmed.

inRead invented by Teads



"The hitman did it," Cincinelli told DiRubba, according to prosectuors. "He did his work. We need to work on our alibi."

[More New York] Man paints anti-Semitic graffiti on Manhattan medical office »

Later Friday, an FBI agent posing as a hitman texted DiRubba a staged photo of Carvalho appearing dead in his car. He demanded an additional $3,000 to kill DiRubba's daughter, court papers said.

ADVERTISEMENT

When the text arrived on his phone, DiRubba was Cincinelli. She was nervous that their phones could be subpoenaed, and told DiRubba to delete the messages, prosecutors say.

Cincinelli was arrested later that day and wept as she was ordered held without bail at a hearing in Islip Federal Court.

[More New York] Pigeon-chasing hawk gets trapped in Lower East Side fence, takes off when cops show up »

"It's really too overwhelming for me and my family," DiRubba said. "I'm just trying to get on with my life."

Three years ago, Cincinelli was quoted about her devotion to children in an story in the alumni magazine of Longwood University in Virginia.

"I love kids - they're my soft spot," said Cincinelli, who at the time was working in an NYPD domestic violence unit. "I feel like I'm making a difference by helping children

NYPD domestic violence unit. "I feel like I'm making a difference by helping children and their families."

[More New York] Family demands answers in Army vet's mysterious 2018 death in Pennsylvania, mom thinks 'murder' »

She joined the NYPD in 2007 and spent most of her career in the 106th Precinct in Ozone Park, Queens.

After her affair with DiRubba was discovered in 2017, she was stripped of her gun and badge and suspended from the NYPD for a month, sources said. She was accused of spending time at DiRubba's Howard Beach home while on duty, and suspected of sharing confidential job-related information with him, the sources said.

After her suspension, Cincinelli was assigned to a police unit that monitors public housing surveillance cameras, sources said. Her gun and badge were not returned, said the sources. Upon her arrest Friday, the NYPD suspended Cincinelli without pay.

[More New York] Appeals court upholds conviction of grid killer John Giuca »

In March 2018, Cincinelli was arrested for allegedly threatening DiRubba, telling him, "I hope your daughter dies," according to a report from Black Star News that cited a criminal complaint. "You ruined my life," she added, the outlet reported. "You'll see what happens to you. You better keep your mouth shut."

The cop was charged with aggravated harassment and criminal contempt for violating a Queens family court order of protection prohibiting her from contacting DiRubba. The case is now sealed.

"I gave her everything I had," DIRubba told The News. "She had me drained mentally, physically and emotionally."

[More New York] Crafty crew cons 33 Uber and Lyft drivers into using their phones — and uses them to steal more than $10,000 out of cabbies' accounts »

But former neighbors in Howard Beach say DiRubba is not exactly an upstanding citizen.

"He's a con man," DiRubba's former landlord, John Chan, said, adding that DiRubba had amassed over $20,000 in unpaid rent. "He was evicted from here a few months ago. He tried to outlive his stay."

"He's got many (girlfriends)," Chan, 57, added. "Girls would show up here a lot and say, 'Is John here?' I said, 'Why are you doing this?' He'd tell 10 lies to cover one."

DiRubba has an open grand larceny case in Manhattan, court records show. One former neighbor called him a "poor man's Tony Soprano."

### Esha Ray
New York Daily News

Esha Ray joined the New York Daily News in 2017 and covers crime, courts and breaking news. She previously worked as a reporter for CBS New York and News 12 The Bronx/Brooklyn.

**Pilot® G-2® Retractable Gel Pens, Extra Fine Point, 0.5 mm, Clear Barrels, Blue Ink, Pack Of 12**
$12.99 - officedepot.com | Sponsored

**Start a Free Trail to See What You Missed on Billions on SHOWTIME**
Showtime | Sponsored

**At 56, Wesley Snipes Is Living With His Partner In This House**
FinancialAdvisorHeroes | Sponsored

**The Dead Giveaway That Tells You When Amazon's Giving You A Competitive Price**
Wikibuy | Sponsored

**It Was The Most Iconic Line Of All Time, But She Was Never Meant To Say It In The First Place**
Ninja Journalist | Sponsored

NinjaJournalist | Sponsored

### Members of NYPD Police Academy celebrate their graduation
The 726 new NYPD officers, who graduated from the NYPD Academy on July 2, 2018, came from more than 41…
NY Daily News



73° New York City, NY                                    More

**Sponsored Links by Taboola** Luxury Senior Living In New York Is Surprisingly Affordable
Senior Living | Search Ads

### Two decades after vanishing, her daughter suddenly showed up with children, a new identity — and speaking Spanish
Chicago Tribune

### Milliman: The Market Potential of Private Flood Insurance
Milliman | Sponsored

### Two Men Dive To Save A Confused Newborn Zebra, The Mother's Reaction Goes Viral
Obsev | Sponsored

### Late NYPD Detective Steven McDonald honored with a plaque in Central Park
The late Detective Steven McDonald, who was shot three times and paralyzed while on the job in 1986, was honored with a plaque in Central Park at 108th St, the location where he was shot, on June 12, 2018. The …
NY Daily News

### Teen who pushed friend off 60-foot Washington bridge sentenced to two days in jail
The Washington teenager who pleaded guilty to pushing her friend off a 60-foot bridge will spend just two days behind bars.
NY Daily News

## The Daily News Flash Newsletter - New York Daily News
**Weekdays**

Catch up on the day's top five stories every weekday afternoon delivered to your inbox from the Daily News.

>SUBSCRIBE

ADVERTISEMENT

RECOMMENDED

Mourners honor slain NYPD officer Miosotis Familia one year after her death

Bronx cop believed to have died from 1999 shooting is alive, NYPD says

Florida woman arrested after allegedly grabbing boyfriend's testicles, squeezing them 'until they were bleeding'

Multiple shooting victims at Aurora Ill. workplace

Graphic content: New photo in the case of the NYPD 'underwear' cop

by Taboola

You May Like                                                                 Sponsored Links by Taboola

Play this for 1 minute and see why everyone is addicted!
Throne: Free Online Games

**Aging Cat? Help Them Thrive By Doing This One Thing**
Ultimate Pet Nutrition Supplements

**Man Who Called DOW 20,000 Has Surprising New Prediction**
Investing Outlook

**Only Many Years Later Priscilla Admits What Elvis Used To Ask Of Her**
DirectExpose

ADVERTISEMENT

Download our mobile app
Subscribe for unlimited access

| | |
|---|---|
| About Us | Contact Us |
| Careers | Frequently Asked Questions |
| Site Map | |
| Media Kit | Place an Ad |
| Special Sections | Contests |
| Manage Subscription | BestReviews |
| The Active Times | The Daily Meal |
| Terms of Service | Privacy Policy |

Copyright © 2019, New York Daily News