# POLICE DEPARTMENT
## CITY OF NEW YORK

### OFFICE OF THE POLICE COMMISSIONER



## CERTIFICATE FOR PERFECT ATTENDANCE
### ONE YEAR AWARD

This Certificate Is Presented To

# VALERIE CINCINELLI

In recognition of your dedication to the New York City Police Department and to the City of New York as witnessed by your notable achievement in maintaining a perfect attendance record for the stated period of service without a sick admission.

_____  
POLICE COMMISSIONER

June 16, 2015  
DATE

943088   106 PRECINCT   106

Misc.CRT 1-258A one year (Rev 06-15)

# POLICE DEPARTMENT
## CITY OF NEW YORK

### OFFICE OF THE POLICE COMMISSIONER



# CERTIFICATE FOR PERFECT ATTENDANCE
## ONE YEAR AWARD

This Certificate Is Presented To

## VALERIE CINCINELLI

In recognition of your dedication to the New York City Police Department and to the City of New York as witnessed by your notable achievement in maintaining a perfect attendance record for the stated period of service without a sick admission.

_James P. O'Neill_
POLICE COMMISSIONER

June 21, 2017
DATE

943088   106   106 PRECINCT   PATROL SERVICES BUREAU

Misc CRT 1-258A one year (Rev 09-17)

# High Intensity Drug Trafficking Area Regional Training Center

of





This Is To Certify That

## P.O. VALERIE CINCINELLI

Has Satisfactorily Completed All Requirements for the

### HIDTA II: TACTICAL COURSE

(Basic CQB, Tactical Casualty Care, Low Light Tactics and Vehicle CQB)

September 26th thru September 29th of 2017

_John Vasek_
Deputy Inspector John Vasek
Commanding Officer
Detective Bureau Training
Unit/HIDTA

Robert K. Boyce
Chief of Detectives
New York City Police Department

# Police Department of the City of New York

### This Certifies that

I, the Police Commissioner of the City of New York
by virtue of the power conferred by law
did on this the 2nd day of October 2017 recognize

## Police Officer Valerie Cincinelli

for excellence in the performance of duties to the
Police Department of the City of New York




In Witness Whereof I have hereunto set my hand and caused the official seal of the Police Department to be affixed this 2nd day of October 2017



Police Commissioner



Misc 4548 (09-17)

# High Intensity Drug Trafficking Area Regional Training Center



This is to certify that

## VALERIE CINCINELLI

Has Satisfactorily Completed All Requirements in the
HIDTA I ADVANCED NARCOTICS TRAINING COURSE
This 2nd Day of February 2018

Robert K. Boyce
Chief of Detectives