

# NEW YORK GUARD
## SOLDIER OF THE YEAR

88th BDE NYG

142 Regt N.Y.G

# PFC VALERIE P. CINCINELLI

FOR OUTSTANDING PERFORMANCE AND LASTING CONTRIBUTION

Awarded: 9 DECEMBER 2016

_____
LTC JORAM J. ARIS