# NEW YORK STATE DOMESTIC INCIDENT REPORT

**Agency:** _____   **Sprint # (NYC):** _____   **Incident #:** _____

## DATES

| | Month | Day | Year | Time (24 hrs) | Address of Occurrence | APT # | Precinct (NYC)/CTV | Aided # (NYC) | Complaint # |
|---|---|---|---|---|---|---|---|---|---|
| Occurred | 6 | 11 | 16 | 0940 | 19 Pine St, OCN | | 04 | | |
| Report | 6 | 11 | 16 | 1010 | | | | | |

○ Officer-Initiated   ● Radio Run   ○ Walk-In

## VICTIM/PARTY 1 (P1)

**Name (Last, First, M.I.) / (include aliases):** Cincinelli, Valerie
**DOB:** Month 6 / Day 2 / Year 84   **Age:** 32   ○ Male ● Female
If non-English, language: ○ Spanish ○ Chinese ○ Other: _____

**Injured?** ○ No ● Yes   **Removed to Hospital?** ● No ○ Yes If yes, what hospital? _____
● White ○ Black ○ Asian   ○ American Indian ○ Other: _____
○ Hispanic ● Non-Hispanic ○ Unknown
**Describe:** Cut on left lower leg

## SUSPECT / PARTY 2 (P2)

**Name (Last, First, M.I.) / (include aliases):** Carvalho, Isaih
**Phone:** 516-655-8628   **DOB:** 10 / 02 / 86   **Age:** 29   ● Male ○ Female
**Street & City:** 19 Pine St Oceanside   **APT #:** ___   **Zip:** 11572
If non-English, language: ○ Spanish ○ Chinese ○ Other: _____

**Injured?** ● No ○ Yes   **Removed to Hospital?** ● No ○ Yes If yes, what hospital? _____
● White ○ Black ○ Asian ○ American Indian ○ Other: _____
○ Hispanic ● Non-Hispanic ○ Unknown

**Prior DV History?** ○ Yes ● No
**Prior DV police report?** ○ Yes ● No
**Victim fearful?** ○ Yes ● No
**Suspect:**
Access to weapons? ○ Yes ● No
Drug/Alcohol history? ○ Yes ● No
Suicide threat history? ○ Yes ● No

**SUSPECT/P2 present?** ● Yes ○ No

**LIVING SITUATION**
Do parties *currently* live together? ● Yes ○ No
IF NO, have they lived together *in the past*? ○ Yes ○ No
Do the parties have a *child-in-common*? ● Yes ○ No

**RELATIONSHIP: (SUSPECT / P2 to VICTIM / P1)**
● Married ○ Formerly Married
○ Intimate Partner/Dating ○ Former Intimate/Dating
○ Child of victim/party 1 ○ Parent of victim/party 1
○ Relative: _____ ○ Other: _____

## ASSOCIATED PERSONS

_____

## SUSPECT ACTIONS

(Check all that apply)
○ Biting
○ Destroyed Property (Estimated $ _____)
○ Forced Entry
○ Forcible Restraint
○ Hair Pulling
○ Homicide
○ Impaired Alcohol/Drugs
○ Injury to Child
○ Injury to Other Persons
○ Injury to Pet/Animal
○ Interference with Phone
○ Intimidation/Coercion
○ Kicking
○ Punching
○ Pushing
○ Sexual Assault
○ Shooting
○ Slapping
○ Slamming Body
○ Stabbing
○ Strangulation/"Choking"
○ Suicide or Attempt
○ Threw Items
● Unwanted Contact
○ Verbal Abuse
○ Violated Visitation/Custody Conditions
○ OTHER Suspect Actions: _____
○ **Threats:** (specify)
  ○ Injure/Kill Persons
  ○ Injure/Kill Self
  ○ Injure/Kill Pet/Animal
  ○ Take Child
  ○ Destroy/Take Property
  ○ Other: _____
○ **Threat with weapon**
○ **Weapons used:** (specify)
  ○ Blunt Object
  ○ Gun
  ○ Motor Vehicle
  ○ Sharp Instrument
  ○ Other: _____

## ARREST

**Arrest Made?** ● Yes ○ No   **Arrest #:** _____
**Reasons arrest not made on-scene:** ○ No Offense Committed ○ No Probable Cause ○ Suspect Off-Scene ○ Warrant/Criminal Summons to be requested ○ Violation level: not in police presence (no citizen's arrest) ○ Other: _____

## OFFENSES & OP

| | Offenses | Law (e.g. PL) | Section (Sub) | Charges Filed |
|---|---|---|---|---|
| 1. | | | | ○ |
| 2. | | | | ○ |
| 3. | | | | ○ |

**Offenses Involved:** (check all that apply)
○ Felony ○ Misdemeanor ○ Violation ○ Other (Specify) _____

Registry Checked? ○ Yes ● No   **OP Court Name:** _____
Order of Protection? ○ Yes ● No   ○ Family ○ Criminal ○ Supreme
Stay Away Order? ○ Yes ● No   ○ Out of State ○ Tribal
Order Violated? ○ Yes ● No   **Expiration Date:** Month __ Day __ Year __
Any PRIOR orders? ○ Yes ● No

**STOP!** → ************ COMPLETE STATEMENT ON PAGE 2 NEXT ************ →

**Photos Taken?** ○ Yes ● No   **IF YES, photos taken of:** ○ Victim Injuries ○ Suspect Injuries ○ Scene ○ Damaged Property ○ Other: _____
**Other evidence collected?** ○ Yes ● No   IF YES, describe: _____

## INVESTIGATION

**Results of investigation and basis of action taken.** (Were excited utterances, spontaneous admissions or spontaneous statements made?) ○ Yes ● No (Complete 710.30 or other form when applicable).

Vict and Suspect Carvalho had a verbal argument. The subject became very upset and started screaming and yelling at Vict. He picked up clothes from a chair in the dining room and throwing them. One of the pieces of clothing he threw was a pair of pants with a belt attached. The belt had a metal buckle on it which swung around and struck Vict on the left lower leg, causing a laceration. Vict cut, at [illegible] out picked up her cell phone to call 911. The suspect knocked the phone out of the vict's hand causing it to [illegible] fuck, calling anyone. Vict was able to pick up phone and dial 911 and at that point sub told her vict [illegible] no medical asst at this time.

**Any Guns in House?** ○ Yes ● No   **Any Guns Seized?** ○ Yes ● No   **Household Member Has Pistol Permit?** ○ Yes ● No   **Permit Seized?** ○ Yes ○ No
**Permit #(s):** _____   **Issuing County:** _____   **Name on Permit(s):** _____

**Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment, or endangerment?** ○ Yes ● No
IF YES, officer must contact the NYS CHILD ABUSE HOTLINE REGISTRY # 1-800-635-1522

**IS SUSPECT ON PAROLE OR PROBATION?** ○ Probation ○ Parole ○ Not Supervised ○ Status Unknown
**CONTACTS INITIATED BY POLICE:** ○ Domestic Violence Services ○ Child Protective Services (or ACS) ○ Other Agency: _____

**Officer's Signature (& Rank):** Abruzzese (PRINT and SIGN) **I.D.:** 7034   Month 6 / Day 11 / Year 16
1. Was DIR given to the victim at the scene? ● Yes ○ No
2. Was Victim Rights Notice given to victim? ● Yes ○ No
IF NO, give reason: _____

**Supervisor's Signature (& Rank):** _____ (PRINT and SIGN)

Page 1 of 2

VICTIM / COMPLAINANT COPY    NYS DOMESTIC VIOLENCE HOTLINE ENGLISH: 1-800-942-6906 SPANISH: 1-800-942-6908    3221-05/2011 DCJS Copyright © 2011 by NYS DCJS

*Page 2 of the NYS Domestic Incident Report:*
**STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION**

**Suspect Name (Last, First, M.I.)**
Carvalho, Isaih

I, Valerie Cincinnati (victim/deponent name), state that on ___/___/___, (date) at _____
Yo, _____ (nombre de victima/deponente), declaro que en tal fecha ___/___/___ en _____

(location of incident), in the County/City/Town/Village of _____, of the state of New York, the following did occur:
(donde el incidente ocurrio), el condado/ciudad/aldea/pueblo de _____, del estado de Nueva York, lo siguiente occurio:

_____
_____

*(Use additional pages as needed)*

False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.
Declaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la ley penal.

**Victim/Deponent Signature**    **Date** 6/11/16
**Firma de victima/deponente**   **Fecha**

**Interpreter**    **Date**

**Witness or Officer**   **Date** 6/11/16

*Note: Whether or not this form is signed, this DIR form will be filed with law enforcement.*

*Nota: Si esta forma esta firmada, o no, esta DIR forma sera registrada con la policia.*

# NEW YORK STATE DOMESTIC INCIDENT REPORT

**Agency:** NCPD
**Sprint # (NYC):** —
**Incident #:** —

## DATES
- Occurred: Month 07 Day 12 Year 17 Time (24 hrs) 2130
- Reported: Month 07 Day 15 Year 17 Time 1720
- Address of Occurrence: 19 Pine St Oceanside
- APT #: —
- Precinct (NYC) / CTV: 04
- Aided # (NYC): —
- Complaint #: —
- ☐ Officer-Initiated   ☒ Radio Run   ☐ Walk-In

## VICTIM / PARTY 1 (P1)
- Name: Cinchelli, Valerie
- DOB: 06/02/84  Age: 33  ☒ Female
- If non-English, language: —
- Injured? ☐ No ☐ Yes   Describe: —
- Removed to Hospital? ☒ No ☐ Yes
- Race: ☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
- Ethnicity: ☐ Hispanic ☒ Non-Hispanic ☐ Unknown

## SUSPECT / PARTY 2 (P2)
- Name: Carusello, Isaiah Jr
- Street & City: 19 Pine St Oceanside
- APT #: —  Zip: 11572
- Phone: 516-655-8628
- DOB: 10/02/86  Age: 30  ☒ Male
- Injured? ☐ No ☐ Yes   Describe: —
- Removed to Hospital? ☒ No ☐ Yes
- Race: ☒ White ☐ Black ☐ Asian ☐ American Indian ☐ Other
- Ethnicity: ☐ Hispanic ☒ Non-Hispanic ☐ Unknown
- Prior DV History? ☒ Yes ☐ No
- Prior DV police report? ☒ Yes ☐ No
- Victim fearful? ☐ Yes ☒ No
- Access to weapons? ☐ Yes ☒ No
- Drug/Alcohol history? ☐ Yes ☒ No
- Suicide threat history? ☐ Yes ☒ No

### LIVING SITUATION
- SUSPECT/P2 present? ☐ Yes ☒ No
- Do parties currently live together? ☒ Yes ☐ No
- IF NO, have they lived together in the past? ☐ Yes ☐ No
- Do the parties have a child-in-common? ☒ Yes ☐ No

### RELATIONSHIP (SUSPECT/P2 to VICTIM/P1)
☒ Married ☐ Formerly Married ☐ Intimate Partner/Dating ☐ Former Intimate/Dating ☐ Child of victim/party 1 ☐ Parent of victim/party 1 ☐ Relative ☐ Other

## SUSPECT ACTIONS (Check all that apply)
- ☐ Biting
- ☒ Destroyed Property (Estimated $ 20.00)
- ☐ Forced Entry
- ☐ Forcible Restraint
- ☐ Hair Pulling
- ☐ Homicide
- ☐ Impaired Alcohol/Drugs
- ☐ Injury to Child
- ☐ Injury to Other Persons
- ☐ Injury to Pet/Animal
- ☐ Interference with Phone
- ☐ Intimidation/Coercion
- ☐ Kicking
- ☐ Punching
- ☐ Pushing
- ☐ Sexual Assault
- ☐ Shooting
- ☒ Slapping
- ☐ Slamming Body
- ☐ Stabbing
- ☐ Strangulation/"Choking"
- ☐ Suicide or Attempt
- ☐ Threw Items
- ☐ Unwanted Contact
- ☐ Verbal Abuse
- ☐ Violated Visitation/Custody Conditions
- ☒ OTHER Suspect Actions: Verbal Argument
- Threats: ☐ Injure/Kill Persons ☐ Injure/Kill Self ☐ Injure/Kill Pet/Animal ☐ Take Child ☐ Destroy/Take Property ☐ Other
- Threat with weapon: ☐
- Weapons used: ☐ Blunt Object ☐ Gun ☐ Motor Vehicle ☐ Sharp Instrument ☐ Other

## ARREST
- Arrest Made? ☒ Yes ☐ No
- Arrest #: —
- Reasons arrest not made on-scene: ☐ No Offense Committed ☐ No Probable Cause ☐ Suspect Off-Scene ☐ Warrant/Criminal Summons to be requested ☐ Violation level: not in police presence ☐ Other

## OFFENSES & OP
| # | Offenses | Law | Section (Sub) | Charges Filed |
|---|---|---|---|---|
| 1 | | | | ☐ |
| 2 | | | | ☐ |
| 3 | | | | ☐ |

- Offenses Involved: ☐ Felony ☐ Misdemeanor ☐ Violation ☐ Other
- Registry Checked? ☒ Yes ☐ No
- Order of Protection? ☒ Yes ☐ No
- Stay Away Order? ☐ Yes ☒ No
- Order Violated? ☒ Yes ☐ No
- Any PRIOR orders? ☐ Yes ☒ No
- OP Court Name: —  ☐ Family ☐ Criminal ☐ Supreme ☐ Out of State ☐ Tribal
- Expiration Date: 07/27/18

**STOP!** → *************** COMPLETE STATEMENT ON PAGE 2 NEXT ***************

- Photos Taken? ☐ Yes ☒ No   IF YES, photos taken of: ☐ Victim Injuries ☐ Suspect Injuries ☐ Scene ☐ Damaged Property ☐ Other
- Other evidence collected? ☐ Yes ☒ No   IF YES, describe: —
- Results of investigation and basis of action taken. (Were excited utterances, spontaneous admissions or spontaneous statements made?) ☐ Yes ☒ No

## INVESTIGATION
- Any Guns in House? ☐ Yes ☒ No
- Any Guns Seized? ☐ Yes ☒ No
- Household Member Has Pistol Permit? ☐ Yes ☒ No
- Permit Seized? ☐ Yes ☒ No
- Permit #(s): —   Issuing County: —   Name on Permit(s): —
- Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment, or endangerment? ☐ Yes ☒ No

- IS SUSPECT ON PAROLE OR PROBATION? ☐ Probation ☐ Parole ☒ Not Supervised ☐ Status Unknown
- CONTACTS INITIATED BY POLICE: ☐ Domestic Violence Services ☐ Child Protective Services (or ACS) ☐ Other Agency

- Officer's Signature (& Rank): Po William Resnick   I.D. 9125   Date: 07/15/17
- 1. Was DIR given to the victim at the scene? ☒ Yes ☐ No
- 2. Was Victim Rights Notice given to victim? ☒ Yes ☐ No
- Supervisor's Signature (& Rank): —

**VICTIM / COMPLAINANT COPY**
NYS DOMESTIC VIOLENCE HOTLINE ENGLISH: 1-800-942-6906  SPANISH: 1-800-942-6908
3221-05/2011 DCJS Copyright © 2011 by NYS DCJS

## Page 2 of the NYS Domestic Incident Report:
### STATEMENT OF ALLEGATIONS / SUPPORTING DEPOSITION

**Suspect Name (Last, First, M.I.)** Carvalho, Isaiah Jr   DOB 10/2/86

I, Valerie Cincinelli (victim/deponent name), state that on 07/12/17, (date) at 2130 hrs
Yo, _____ (nombre de victima/deponente), declaro que en tal fecha __/__/__ en _____

19 Pine St Oceanside (location of incident), in the County/City/Town/Village of Hempstead, of the state of New York, the following did occur:
(donde el incidente ocurrio), el condado/ciudad/aldea/pueblo de _____, del estado de Nueva York, lo siguiente occurio:

I came home from marriage counseling with my husband Isaiah Carvalho Jr. I walked to the front door and was attempting to open it when my husband came up behind me and yelled at me that he wasn't leaving the house and smacked my hand causing my to ten phone to fall to the ground and cracking my screen protector valued at $20. We continued having a verbal argument and he then left the house. Since this happened I hadn't seen him until today July 15 2017 at approximately 3:45 PM. I was in the shower when he came home and was banging on the door asking where our son was. I told him to leave me alone and we continued to argue. I got dressed and left the house and drove toward Long Beach. He got in his car and followed me all the way to Park Ave in Long Beach and I drove to the Long Beach Police Headquarters where they called the 4th Pct so I could make a report. I did not give Isaiah Carvalho Jr. permission to slap my hand causing my phone to fall to the ground and damage my screen protector. This violates Order of Protection Docket # CR-04770-16NA signed by Judge Joy M. Watson and I would like him arrested. This statement was written for me by PO Resnick and it is the truth. (Use additional pages as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**
Declaraciones falsas hechas aqui son castigables como una clase de delito menor, de acuerdo con la seccion 210.45 de la ley penal.

Victim/Deponent Signature: Valerie    Date: 7/15/17
Firma de victima/deponente              Fecha

Interpreter: _____    Date: _____

Witness or Officer: [signature]    Date: 7/15/17

*Note: Whether or not this form is signed, this DIR form will be filed with law enforcement.*

*Nota: Si esta forma esta firmada, o no, esta DIR forma sera registrada con la policia.*

Page 2 of 2

VICTIM / COMPLAINANT COPY    NYS DOMESTIC VIOLENCE HOTLINE ENGLISH: 1-800-942-6906  SPANISH: 1-800-942-6908   3221-05/2011 DCJS Copyright © 2011 by NYS DCJS

# New York State
# DOMESTIC INCIDENT REPORT

**A**

## Incident

| Agency: NASS | | | | | | Incident #: |
|---|---|---|---|---|---|---|
| Reported Date (MM/DD/YYYY): 02/21/18 | Time (24 hours): 1532 | Occurred Date (MM/DD/YYYY): 02/21/2018 | Time (24 hours): 2100 | ☐ Officer Initiated ☐ ICAD (NYC) | ☐ Radio Run  ☑ Walk-in | Complaint #: 10184 |
| Address (Street No., Street Name, Bldg. No., Apt No.): 11 Pickwick Ct | | | | | City, State, Zip: Ocean Side, NY | |

## Suspect (P2)

| Name (Last, First, M.I.) (Include Aliases): CARVALHO, ISAIAH JR | DOB (MM/DD/YYYY): 15/13/86 | Age: 31 | ☐ Female ☑ Male  ☐ Self-Identified: |
|---|---|---|---|
| Address (Street No., Street Name, Bldg. No., Apt No.): 10 Pickwick Dr | Suspect Phone Number: 516-665-8626 | | Language: |
| City, State, Zip: Hicksville, NY | ☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other | | ☐ Hispanic ☐ Non Hispanic ☐ Unknown  ☐ Other Identifier: |
| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |
| Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: _____ ☐ Other: _____ | | | | Do the suspect and victim have a child in common? ☑ Yes ☐ No |

## Victim Interview

Emotional condition of **VICTIM**? ☑ Upset ☐ Nervous ☐ Crying ☐ Angry ☐ Other:

What were the first words that **VICTIM** said to the Responding Officers at the scene regarding the incident? I CAN'T GET IN TOUCH WITH MY SONS DAD, HE HAS MY SON AND WONT RETURN HIM.

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

| Weapon Used? ☐ Yes ☑ No Gun: ☐ Yes ☐ No Other, describe: | Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe: |
|---|---|
| Access to Guns? ☐ Yes ☐ No If yes, describe: | |
| Injured? ☐ Yes ☑ No If yes, describe: | Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing |
| In Pain? ☐ Yes ☑ No If yes, describe: | Visible Marks? ☐ Yes ☑ No If yes, describe: |

## Suspect

What did the **SUSPECT** say (Before and After Arrest):

710.30 completed? ☐ Yes ☑ No

## Incident Narrative

Briefly describe the circumstances of this incident: SUSPECT HAD CHILD TILL TUESDAY (02/20/18) WHEN RETURNING CHILD, CHILD WAS UPSET AND VICTIM (VALERIE CIMINELLI) STATES THEY AGREED THAT SUSPECT (ISAIAH CARVALHO) COULD KEEP SON TIL WEDNESDAY NIGHT (02/21/18). CHILD WAS NOT DROPPED OFF WEDNESDAY NIGHT AND SUSPECT HAS NOT ANSWERED HIS PHONE SINCE WEDNESDAY NIGHT. THERE IS A FAMILY COURT FILE 55643, INDEX # 10812-17 SIGNED BY SPECIAL REFEREE CHRISTOPHER RIZZOLO. VICTIM WISHES REPORT FOR DOCUMENTATION PURPOSES.

## Evid

| DIR Repository checked? ☐ Yes ☐ No | Order of Protection Registry checked? ☐ Yes ☐ No | Order of Protection in effect? ☑ Yes ☐ No  ☐ Refrain  ☐ Stay Away |
|---|---|---|
| Evidence Present? ☐ Yes ☑ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury ☐ Other: | Other Evidence: ☐ Damaged Property ☐ Videos ☐ Electronic Evidence ☐ Other: | Destruction of Property? ☐ Yes ☑ No If yes, Describe: |

## Offense

| Offense Committed? ☐ Yes ☑ No | Was suspect arrested? ☐ Yes ☑ No If no, explain: | Offense 1 | Law (e.g. PL) | Offense 2 | Law (e.g. PL) |

| Agency: NASS | B | Incident # | Complaint # 10/81 |

**Prior History**

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First): SUBJECT KNOCKED THE PHONE OUT OF HER HANDS. VERBAL ARGUMENTS

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( )

| Has Suspect ever: | | | |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☐ No | Is suspect capable of killing you or children? | ☐ Yes | ☑ No |
| Strangled or "choked" you? ☐ Yes ☐ No | Is suspect violently and constantly jealous of you? | ☐ Yes | ☑ No |
| Beaten you while you were pregnant? ☐ Yes ☐ No | Has the physical violence increased in frequency or severity over the past 6 months? | ☐ Yes | ☑ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No
If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522**.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if **NO**, Why:    Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if **NO**, Why:

**Signatures:**

Reporting Officer (Print and Sign include Rank and ID#)    Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

*Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I): CARVALHO, ISAIAH JR

I VALERIE CIRCINELLI (Victim/Deponent Name) state that on 02/23/18, (Date) at 1532 FULTON STREET (Location of incident) in the County/City/Town/Village HEMPSTEAD (HEMPSTEAD) of the State of New York, the following did occur: I HAVE NOT BEEN ABLE TO CONTACT MY HUSBAND, ISAIAH CARVALHO, WHO I'M GETTING DIVORCED FROM. HE HAD MY SON SALVATORE CIRCINELLI (HIS/HIS) FOR THE WEEKEND AND CAME TO RETURN HIM TUESDAY NIGHT (02/20/18) BUT MY SON WAS UPSET SO WE BOTH AGREED HE WOULD STAY WITH MY HUSBAND TILL WEDNESDAY AT 8:00 P.M. HE DIDN'T SHOW UP AT MY HOUSE AND I HAVE NOT BEEN ABLE TO CONTACT HIM SINCE. HE STILL HAS MY SON AND I HAVE NOT HEARD FROM EITHER OF THEM. AT THIS TIME I JUST WANT MY SON BACK. THE ABOVE IS TRUE AS WRITTEN FOR ME BY P.O. ARMSTRONG.

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature    Date 2/23/18
Witness or Officer Signature    Date 2/23/18
Interpreter Signature and Interpreter Service Provider Name    Date
Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No

**Note:** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page 2 Of 2

VICTIM / COMPLAINANT COPY    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906    3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS