Criminal Form 1 12/2013

| | | | | | |
|---|---|---|---|---|---|
| ORI No: _____ | At a term of the | ☐ District / City | ☐ County / Supreme | Court, County of <u>NASSAU</u>, | |
| Order No: _____ | at the Courthouse at | ☐ Hempstead | ☐ Mineola | ☐ Glen Cove  ☐ Long Beach,  New York | |

NYSID No: _____
CJTN No. _____

**ORDER OF PROTECTION**
**Family Offenses - C.P.L. 530.12**

PRESENT: Hon. __Watson__,
PEOPLE OF THE STATE OF NEW YORK

☐ Youthful Offender (check if applicable)
Part: __DVM__  Index/Docket No: __CR-04770-16MA__
Indictment No., if any: _____
Charges: __145.00(4)__

against
__Isaiah Carvalho__ Defendant  Date of Birth: __10/2/86__

[Check box]: ☐ Ex Parte  ☒ Defendant Present In Court

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT, THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.**

☐ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal]
☒ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]: __240.20(7)__ ;
And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

[01] ☐ Stay away from [A] ☐ [name(s) of protected person(s) or witness(es)]: _____, and/or from the
    [B] ☐ home of __Same__, [C] ☐ school of __Same__,
    [D] ☐ business of __Same__, [E] ☐ place of employment of __Same__,
    [F] ☐ other **Do not go within 100 yards of the above person(s); no third party contact (except per para. 5)**,

[14] ☐ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]: _____ **directly or indirectly (except per para. 5)**;

[02] ☒ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, or any criminal offense against [specify name(s) of protected person(s), members of protected person's family or household, or person(s) with custody of child(ren)]: __Valerie Cincerelli (6/2/89)__;

[15] ☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]: _____;

[11] ☐ Permit [specify individual]: _____ to enter the residence at [specify]: _____
    during [specify date/time]: _____ with [specify law enforcement agency, if any]: _____ to remove personal belongings not in issue in litigation [specify items]: _____;

[04] ☐ Refrain from [indicate acts]: _____ that create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]: _____;

[05] ☐ Permit [specify individual(s)]: _____
    entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: _____
    _____ during the following periods of time [specify]: _____
    _____, under the following terms and conditions
    [specify]: **Pursuant to an order of court of competent jurisdiction.**

[12] ☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following __All firearms__ and do not obtain any further guns or other firearms   Such surrender shall take place immediately, but in no event later than [specify date/time]: _____
    at: **Immediately to NCPD Headquarters.**

[ ] ☐ Promptly return or transfer the following identification documents [specify]: _____
    _____ to the party protected by this Order NOT LATER THAN [specify date]: _____
    _____ in the following manner [specify manner or mode of return or transfer]: _____.
    [Check box(es) if applicable]: ☐ Such documents shall be made available for use as evidence in this judicial proceeding.
    ☐ [Jointly owned documents or documents in both parties' names only]: the following document(s) may be used as necessary for legitimate use by the defendant [specify]: _____.

[99] ☐ Specify other conditions defendant must observe for the purposes of protection: _____

**IT IS FURTHER ORDERED** that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [13A] ☐ suspended or [13B] ☒ revoked (note: final order only), and/or [13C] ☒ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check **all** applicable boxes).
**IT IS FURTHER ORDERED** that this order of protection shall remain in force until and including [specify date]: __7/27/18__.
If this is a Temporary Order, it shall expire on this date or upon the case's disposition, whichever comes first. Arresting officer should confirm that this Order has not been modified or vacated prior to this date.

DATED: __7/28/16__
Hon. Joy M. Watson
_____ JUDGE / JUSTICE
Court (Court Seal)

☒ Defendant advised in Court of issuance and contents of Order.
☒ Order personally served on Defendant in Court _____
(Defendant's signature)

☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

**The Criminal Procedure Law provides** that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.
**Federal law requires** that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).
**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect
  (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired.
(18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262)

QDA 1/2014

Criminal Form 1 12/2013

| | | | | |
|---|---|---|---|---|
| ORI No: _____ | At a term of the | ☐ District / City ☑ County / Supreme | | Court, County of <u>NASSAU</u>, |
| Order No: _____ | at the Courthouse at | ☐ Hempstead ☑ Mineola ☐ Glen Cove ☐ Long Beach, New York | | |

NYSID No: _____
CJTN No. _____

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

PRESENT: Hon. _____Shu.M_____ ,

☐ Youthful Offender (check if applicable) 145D-2017CoVC15
Part: __DV__ Index/Docket No: CR-017658-17NA
Indictment No., if any: _____
Charges: __215.51__

**PEOPLE OF THE STATE OF NEW YORK**

against

[Check box]: ☐ Ex Parte ☑ Defendant Present In Court

_Isaiah Carvalho_ , Defendant Date of Birth: __10/13/66__

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT, THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.**

☐ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal]
☑ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]: __240.20(4) + ✓__ ;
And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,
**IT IS HEREBY ORDERED** that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

[01] ☑ Stay away from [A] ☑ [name(s) of protected person(s) or witness(es)]: __Valerie Cincinelli__ , and/or from the
    [B] ☑ home of **Same** , [C] ☑ school of **Same** ,
    [D] ☑ business of **Same** , [E] ☑ place of employment of **Same** ,
    [F] ☑ other **Do not go within 100 yards of the above person(s); no third party contact (except per para. 5)** ;
[14] ☑ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]: __Valerie Cincinelli__ **directly or indirectly (except per para. 5)**;
[02] ☑ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, or any criminal offense against [specify name(s) of protected person(s), members of protected person's family or household, or person(s) with custody of child(ren)]:__Valerie Cincinelli (6/3/84)__;
[15] ☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]: _____ ;
[11] ☐ Permit [specify individual]: _____ to enter the residence at [specify]: _____
    during [specify date/time]: _____ with [specify law enforcement agency, if any]: _____ to remove personal belongings not in issue in litigation [specify items]: _____ ;
[04] ☐ Refrain from [indicate acts]: _____ that create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]: _____ ;

[05] ☑ Permit [specify individual(s)]: __Isaiah Carvalho__
    entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: __Salvatore Carvalho (11/8/13)__
    during the following periods of time [specify]: _____
    , under the following terms and conditions
    [specify]: **Pursuant to an order of court of competent jurisdiction.**
[12] ☑ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following __All firearms__ and do not obtain any further guns or other firearms Such surrender shall take place immediately, but in no event later than [specify date/time]: _____
    at: **Immediately to NCPD Headquarters.**
[ ] ☐ Promptly return or transfer the following identification documents [specify]: _____
    to the party protected by this Order NOT LATER THAN [specify date]: _____
    in the following manner [specify manner or mode of return or transfer]: _____ .
    [Check box(es) if applicable]: ☐ Such documents shall be made available for use as evidence in this judicial proceeding.
        ☐ [Jointly owned documents or documents in both parties' names only]: the following document(s) may be used as necessary for legitimate use by the defendant [specify]: _____

[99] ☐ Specify other conditions defendant must observe for the purposes of protection: _____

**IT IS FURTHER ORDERED** that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [13A] ☐ suspended or [13B] ☑ revoked (note: final order only), and/or [13C] ☑ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check **all** applicable boxes).
**IT IS FURTHER ORDERED** that this order of protection shall remain in force until and including [specify date]: __8/6/19__.
If this is a Temporary Order, it shall expire on this date or upon the case's disposition, whichever comes first. Arresting officer should confirm that this Order has not been modified or vacated prior to this date.

DATED: __8/7/17__

☑ Defendant advised in Court of issuance and contents of Order.
☑ Order personally served on Defendant in Court _____
(Defendant's signature)

JUDGE / JUSTICE
**HON. HOWARD E. STURIM**

☐ Order to be served by other means [specify]:
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

**The Criminal Procedure Law provides** that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.
**Federal law requires** that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights. (18 USC §§2265, 2266).
**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect
 (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired.
(18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).
QDA 1/2014

Criminal Form 1 12/2013

| | | | | |
|---|---|---|---|---|
| ORI No: _____ | At a term of the | ☐ District / City ☐ County / Supreme | | Court, County of **NASSA** |
| Order No: _____ | at the Courthouse at | ☒ Hempstead ☐ Mineola | ☐ Glen Cove ☐ Long Beach, | New York |

NYSID No: _____
CJTN No. _____

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

**PRESENT:** Hon. James Darcy,
**PEOPLE OF THE STATE OF NEW YORK**

☐ Youthful Offender (check if applicable)
Part: A    Index/Docket No: CR 014770-16NA
Indictment No., if any: _____
Charges: 145.00 (4) PL

against Isaiah
Isiah Carvalho , Defendant   Date of Birth: 10/2/86

[Check box]: ☐ Ex Parte ☒ Defendant Present In Court

**NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT, THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.**

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal]
☐ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]: _____;
And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

[01] ☒ Stay away from [A] ☐ [name(s) of protected person(s) or witness(es)]: Valerie Gator Cincinelli (6/2/84, and/or from the
  [B] ☐ home of **Same** _____, [C] ☐ school of **Same** _____,
  [D] ☐ business of **Same** _____, [E] ☐ place of employment of **Same** _____,
  [F] ☐ other **Do not go within 100 yards of the above person(s); no third party contact (except per para. 5)** _____,

[14] ☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with [specify protected person(s)]: Valerie Cincinelli    **directly or indirectly (except per para. 5)**;

[02] ☒ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, or any criminal offense against [specify name(s) of protected person(s), members of protected person's family or household, or person(s) with custody of child(ren)]: _____;

[15] ☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) [specify type(s) and, if available, name(s)]: _____;

[11] ☐ Permit [specify individual]: _____ to enter the residence at [specify]: _____
during [specify date/time]: _____ with [specify law enforcement agency, if any]: _____ to remove personal belongings not in issue in litigation [specify items]: _____;

[04] ☐ Refrain from [indicate acts]: _____ Cincinelli _____ that create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]: _____;

[05] ☒ Permit [specify individual(s)]: _____
entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: allowed visitation
with Skyler Cu yduring the following periods of time [specify]: _____
DOB 11/8/13 _____, under the following terms and conditions
[specify]: **Pursuant to an order of court of competent jurisdiction.**

[12] ☒ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following **All firearms** _____ and do not obtain any further guns or other firearms   Such surrender shall take place immediately, but in no event later than [specify date/time]: _____
at: **Immediately to NCPD Headquarters.**

[ ] ☐ Promptly return or transfer the following identification documents [specify]: _____
_____ to the party protected by this Order NOT LATER THAN [specify date]: _____
in the following manner [specify manner or mode of return or transfer]: _____.
[Check box(es) if applicable]: ☐ Such documents shall be made available for use as evidence in this judicial proceeding.
  ☐ [Jointly owned documents or documents in both parties' names only]: the following document(s) may be used as necessary for legitimate use by the defendant [specify]: _____

[99] ☐ Specify other conditions defendant must observe for the purposes of protection: _____

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [13A] ☐ suspended or [13B] ☐ revoked (note: final order only), and/or [13C] ☒ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes).
IT IS FURTHER ORDERED that this order of protection shall remain in force until and including [specify date]: 6-11-17.
If this is a Temporary Order, it shall expire on this date or upon the case's disposition, whichever comes first. Arresting officer should confirm that this Order has not been modified or vacated prior to this date.

DATED: 6-12-16

_____
(Defendant's signature)

JUDGE / JUSTICE
Court (Court Seal)
**HON. JAMES DARCY**

☒ Defendant advised in Court of issuance and contents of Order
☒ Order personally served on Defendant in Court

☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☐ ADDITIONAL SERVICE INFORMATION: [specify]: _____

The **Criminal Procedure Law provides** that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.
**Federal law requires** that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).
**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect
  (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired.
(18 U.S.C. §§922(g)(8), 922(g)(9), 2261, 2261A, 2262).

QDA 1/2014