**MADELINE SINGAS**
DISTRICT ATTORNEY



SPECIAL VICTIMS BUREAU
Theresa Tebbett, Chief

## OFFICE OF THE DISTRICT ATTORNEY
## NASSAU COUNTY

August 07, 2017

VALERIE CINCINELLI
19 PINE STREET
Oceanside, NY 11572

**RE: People v. ISAIAH CARVALHO JR**
**Docket #:CR-017658-17NA**

Dear Ms. CINCINELLI:

    The official court records reflect the fact that on August 07, 2017 before the Hon. HOWARD E STURIM, a Nassau County Judge the defendant pled guilty to the crime(s) **Disorderly Conduct:Create Hazardous or Physically Offensive Condition and** sentenced to CONDITIONAL DISCHARGE.

    Enclosed please find a copy of an Order of Protection issued by the Court against **ISAIAH CARVALHO JR**. If you have any problems with the above-named defendant, please call the police immediately and advise them that you have an Order of Protection and the defendant is violating it.

    Your assistance was essential to the outcome of this case and the time and efforts that you expended toward this goal are greatly appreciated.

    If you have any questions, please feel free to write to the undersigned. Thank you again for your cooperation.

Very truly yours,

MADELINE SINGAS
Acting District Attorney

Lauren Guillem
Assistant District Attorney
Special Victims Bureau
(516) 571-0207

LG/rm
Enc.

262 Old Country Road • Mineola, New York 11501 • 516.571.3800
NassauDA.org | twitter.com/NassauDA | youtube.com/NassauCountyDA