

EXECUTIVE OFFICE
1025 OLD COUNTRY ROAD
SUITE 221
WESTBURY, NY 11590
516-747-2606 TEL
516-747-0714 FAX

SUFFOLK OFFICE
631-979-1700 TEL
631-676-3114 FAX

WWW.LICADD.ORG

**EXECUTIVE COMMITTEE**

BOARD CHAIR
JEFFERY R. CAPAZZI

VICE CHAIRS
MICHAEL J. BRENNAN
REV. PHILIP K. EICHNER, S.M.
CARYN M. HIRSHLEIFER, ESQ.
ADELE C. SMITHERS

SECRETARY
CANDACE DELLACONA, ESQ.

PAST BOARD CHAIR
WILLIAM BAUM

FOUNDER
R. BRINKLEY SMITHERS

EXECUTIVE DIRECTOR
STEVE CHASSMAN, LCSW, CASAC

BOARD OF DIRECTORS
RICHARD ANTONACCI
DONNA BACON – ED.D, LCSW, CT
PATRICIA PRYOR BONICA, CPC, CLC
MAUREEN BRENNAN
MICHAEL CARDELLO III, ESQ.
MICHAEL J. DANZI
FRANCIS C. GALLUCCIO
HON. BRUCE KENNEDY
JOSHUA LAFAZAN
JAY H. MATUK
BARBARA POSILLICO, LCSW
MICHAEL A. QUINLAND, PH.D.
JOHN P. SHEEHY, MD, FAAP
JOEL SIKOWITZ, ESQ.
REV. MICHAEL F. SMITH
MARCIE WEISS
REV. ROGER C. WILLIAMS

Date: August 24, 2016
RE: Isaiah Carvalho, Jr.
DOB: 10/02/1986

To Whom It May Concern:

This letter is to inform you that Isaiah Carvalho successfully completed his assessment and evaluation for our Anger Management Program at Long Island Council on Alcoholism and Drug Dependence (LICADD) on 8/23/16.

It is our recommendation that Mr. Carvalho attend LICADD's 8 hour anger management class. This will allow him to develop healthier coping skills when it comes to his anger or other life stressors. The next 8 hour class is 9/24/16.

Mr. Carvalho was on time and engaged with clinician throughout assessment and evaluation.

Should your offices have any questions or concerns, please contact our offices directly at 516-747-2606

Sincerely,

*Marcie Siciliano, LMHC, CAMS-II*

Marcie Siciliano, MS. Ed, LMHC, CAMS-II
Assessment, Referral, and Education Specialist
Anger Management Coordinator

PLEASE REMEMBER LICADD IN YOUR ESTATE PLANNING.

AFFILIATE OF THE NATIONAL COUNCIL ON ALCOHOLISM AND DRUG DEPENDENCE, INC.