At a Term of the Family Court of the State of New York held in and for the County of Nassau 1200 Old Country Road, Westbury, New York, on the 20th day of December, 2017.

P R E S E N T: <u>Christopher Pizzolo</u>
Special Referee

------------------------------------------------------------X
In the Matter of a Proceeding for Custody
under Article 6 of the Family Court Act

ISAIAH CARVALHO,

       Petitioner,

  -against-

VALERIE CINCINELLI,

       Respondent.
------------------------------------------------------------X

ORDER OF CUSTODY AND
PARENTING TIME

File No.: 596431
Index No.: V- 10812-17

Upon the petition of ISAIAH CARVALHO, pursuant to Article 6 of the Family Court Act, verified November 21, 2017, for an order of parenting time with the minor child, SALVATORE DOMINIC CINCINELLI-CARVALHO ▮, and

This matter having duly come on to be heard before Special Referee Christopher Pizzolo on December 20, 2017, and the petitioner-father, ISAIAH CARVALHO, having appeared in person and pro se, and the respondent-mother VALERIE CINCI having appeared in person and pro se, and Carol J. Lewisohn, Esq., having appeared as attorney for the minor child, SALVATORE DOMINIC CINCINELLI-CARVALHO; and

The parties having consented to Referee Pizzolo hearing and determining this matter; and

The Court having searched the statewide registry of orders of protection, the sex offender registry and the Family Court's Child protective records, and having notified the attorney for the child and the parties themselves, and the Court having considered and relied upon the results of these searches in making the foregoing Order; and

The parties having reached an agreement; and it is hereby

ORDERED, on consent, that the parties shall share legal custody of the minor child, SALVATORE DOMINIC CINCINELLI-CARVALHO; and it is further

ORDERED, on consent, that the respondent-mother, VALERIE CINCI, shall have residential custody of the minor child; and it is further

ORDERED, on consent, that the petitioner-father shall have parenting time as follows:

- On alternate weekend, effective December 22, 2017 from Fridays after school from where the paternal-grandfather shall pick-up the minor child until Sundays at 7:00 p.m. when the petitioner-father shall return the child to the mother's residence;

- Every Thursday for dinner from 7:00 p.m. to 8:30 p.m., the father to pick-up and drop-off from the mother's home;

- The mother shall have the minor child on Christmas Eve each year from 12:00 p.m. on Christmas Eve until 12:00 p.m. on Christmas Day;

- The father shall have the minor child every Christmas Day from 12:00 p.m. until December 26th at 8:00 p.m.;

- The father shall have the minor child every Thanksgiving Day from the Wednesday preceding Thanksgiving until Friday at 7:00 p.m., unless it is his weekend in which case he shall return the minor-child the following Sunday at 7:00 p.m., pick-up and drop-off from the mother's residence;

- The mother shall have Easter Sunday each year from Saturday night at 7:00 p.m. preceding Easter until Easter Sunday at 7:00 p.m.;

- The father shall have the minor-child each year on July 4th;

- All Monday holidays shall be attached to the weekend a parent is exercising parenting time until Monday at 7:00 p.m.; and

- There shall be any other parenting time as agreed to between the parties.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF THE RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO THE APPELLANT BY THE CLERK OF THE COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE LAW GUARDIAN UPON APPELLANT, WHICHEVER IS EARLIEST.

Dated: 1/23/18

Order Mailed To Lewisohn w/Notice
Attorney

To Complete Service 1/30/18  HM
Date   Init

ENTER

_____
Special Referee Christopher Pizzolo