

# MDC Brooklyn
# Recreation Department

This is to Certify that

*Valerie Cincinelli*

Has Successfully Completed

*Wellness and Weight loss Class*

At MDC Brooklyn

This certificate is hereby issued this 20th day of January, 2020

*R. Simon*

Recreation Specialist

# MDC Brooklyn
# Recreation Department



This is to Certify that

## Valerie Cincinelli

Has Successfully Completed

### Crochet Sentry Class

At MDC Brooklyn

This certificate is hereby issued this 20th day of January, 2020

### R. Simon

Recreation Specialist



**U.S. Department of Justice**
Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

*Valerie Cincinelli*

Resume Writing, Reputation Management, & Social Media:
*Define Yourself Before You are Defined*
**Instructor-led training developed by the
Education Department at MDC Brooklyn**

*D. Greco*

**D. Greco - Teacher**
**January 3, 2020**



# Certificate of Completion

*Presented to*

## Valerie Cincinelli

*Register # 91619-053*

*This certificate is an acknowledgement of the successful completion of the*

## Women's Relationships Group

*Metropolitan Detention Center, Brooklyn, NY*

This certificate is hereby issued on November 22, 2019.

Steinhaus, Psy.D., M.S.

Steinhaus, Psy.D., M.S.

Staff Psychologist

© 1989 GOES P
All Rights Reserved

LITHO. IN U.S.A.

# Certificate of Completion

### Presented to

# Valerie Cincinelli

## Register # 91619-053

### For completion of the Trauma in Life Workshop

### Metropolitan Detention Center, Brooklyn, NY

This certificate is hereby issued on September 11, 2019.

Dr. Steinhaus
Staff Psychologist





# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Valerie Cincinelli

*Has Successfully Completed:*

### Women's Rest- Based Fitness Class

*At MDC Brooklyn*

*This certificate is hereby issued this 4ᵗʰ day of September 2019*

**R. SIMON**

*Recreation Specialist*



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

*Valerie Cincinelli*

*Has Successfully Completed*

*Basic Fit Sentry Class*

*At MDC Brooklyn*

*This certificate is hereby issued this 3rd day of August, 2019*

*R. Simon*

*Recreation Specialist*





# MDC Brooklyn
# Recreation Department

*Valerie Cincinelli*

*Has Successfully Completed:*

*ALTERNATIVE TO VIOLENCE PROGRAM*

*At MDC Brooklyn*

*This certificate is hereby issued this 25th day of July 2019*

*C. Nuñez*

*Recreation Specialist*

# Certificate of Completion

*Presented to*

## Valerie Cincinelli

*Register # 91619-053*

*This certificate is an acknowledgement of the successful completion of four hours of:*

*Initial Suicide Watch Companion Training at*

*Metropolitan Detention Center, Brooklyn, NY*

This certificate is hereby issued on July 9, 2019.

Steinhaus, Psy.D., M.S.

Steinhaus, Psy.D., M.S.

Staff Psychologist, Inmate Companion Coordinator

C. Ortega, Ph.D.

Chief of Psychology Services



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Valerie Cincinelli

*Has Successfully Completed:*

### Structured Activity (Cardio)

*At MDC Brooklyn*

*This certificate is hereby issued this 1st day of July 2019*

## R. SIMON

*Recreation Specialist*

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>**CINCELLI VALERIE** | Register No.<br>**91619-053** | Unit<br>**B-A** |
|---|---|---|
| Evaluation Period<br>**JULY 2019** | Work Assignment<br>**EAST LAUNDRY** | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
____1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____3. Satisfactory. Makes some mistakes but no more than expected at this level.
____4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
__✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
____4. Good. Willing Worker. Does a full day's work and wastes little time.
__✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
____1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
__✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
____5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
____1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
__✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
____5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
____4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
__✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
____1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
__✓_4. Needs little supervision. Good record of dependability an promptness.
____5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

Prescribed by P5251
Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
\_\_\_1. Poor. Resentful and hostile. May argue with supervisor.
\_\_\_2. Fair. Resists or ignores suggestions.
\_\_\_3. Satisfactory. Generally does what is told without any fuss.
\_\_\_4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
\_\_\_1. Poor. Negativistic, hostile, annoying to others.
\_\_\_2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
\_\_\_3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
\_\_\_4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

\_\_\_1. Fire or lay off that individual?
\_\_\_2. Transfer the person to a less demanding job at a lower pay scale?
\_\_\_3. Continue to employ the person but without a raise or promotion this time?
_✓_4. Raise the person's pay but keep the person at the same job?
\_\_\_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) \_\_\_ 1   \_\_\_ 2   \_\_\_ 3   _✓_ 4   \_\_\_ M.

2. Hours of Satisfactory work **110 HRS** _____ .

3. Regular Pay \_\_\_\_ **$0.12** _____ .

4. Bonus Recommended: \_\_\_ yes; _✓_ no

5. Total Pay \_\_\_ **$13.00** _____ . _____

| Supervisor's Signature | Date |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

BP-A0324
JUN 10
**WORK PERFORMANCE RATING - INMATE**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Inmate's Name<br>**CINCINELLI VALERIE** | Register No.<br>**91619-053** | Unit<br>**B-A** |
|---|---|---|
| Evaluation Period<br>**AUGUST** | Work Assignment<br>**EAST LAUNDRY** | |

Bonus Justification


Signature and Date of Dept. Head Approval


Route to Dept. Head for Review, Then to Unit Team


Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
____1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
____5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
____4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
____1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
____5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
____1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
____5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
____4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
____1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
____5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF                                    Prescribed by P5251                          Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
____1. Poor. Resentful and hostile. May argue with supervisor.
____2. Fair. Resists or ignores suggestions.
____3. Satisfactory. Generally does what is told without any fuss.
____4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
____1. Poor. Negativistic, hostile, annoying to others.
____2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
____3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
____5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

____1. Fire or lay off that individual?
____2. Transfer the person to a less demanding job at a lower pay scale?
____3. Continue to employ the person but without a raise or promotion this time?
_✓_4. Raise the person's pay but keep the person at the same job?
____5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
   1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 _✓_ 4 ___ M.

   2. Hours of Satisfactory work **100** _____ .

   3. Regular Pay **$0.12** _____ .

   4. Bonus Recommended: ___ yes; _✓_ no

   5. Total Pay **$12.00** _____ . _____

| Supervisor's Signature | Date 9-5-19 |
|---|---|
| Inmate's Signature | Date 9.5.19 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>CINCINELLI, VALERIE | Register No.<br>91619-053 | Unit<br>B-A |
|---|---|---|
| Evaluation Period<br>OCTOBER 1,2019 - OCTOBER 31,2019 | Work Assignment<br>EAST LAUNDRY | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

G. RESPONSE TO SUPERVISION AND INSTRUCTION
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Check one) ___ 1    ___ 2    ___ 3   _✓_ 4    ___ M.

2. Hours of Satisfactory work **161**

3. Regular Pay **$19.32**

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay **$19.32**

| Supervisor's Signature | Date 11/6/19 |
|---|---|
| Inmate's Signature | Date 11/6/19 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER      **SECTION 4**

BP-A0575
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

PERFORMANCE PAY DAILY RECORD - INMATE

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: | | 1 | 2 | 3 | 4 | |
| N/A | | 7 | 7 | 7 | 7 | N/A |
| DAY OF MO: 7 | 8 | 9 | 10 | 11 | | |
| N/A | 7 | 7 | 7 | 7 | 7 | N/A |
| DAY OF MO: 14 | 15 | 16 | 17 | 18 | | |
| N/A | 7 | 7 | 7 | 7 | ·7 | N/A |
| DAY OF MO: 21 | 22 | 23 | 24 | 25 | | |
| N/A | 7 | 7 | 7 | 7 | 7 | N/A |
| DAY OF MO: 28 | 29 | 30 | 31 | | | |
| N/A | 7 | 7 | 7 | 7 | | N/A |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

C = Callout        V  = Visit        AD = Admin. Det./Discip. Seg
E = Education      HO = Holiday      U  = Unsatisfactory
F = Furlough       I  = Medical Idle
H = Hospital       UA = Unauthorized

| Inmate's Name | Register No. | Detail |
|---|---|---|
| CINCINELLI, VALERIE | 91619-053 | EAST LAUNDRY |

| Month: OCTOBER, 2019 | Total Hours: 161 |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 4**

BP-A0324
JUN 10
**WORK PERFORMANCE RATING - INMATE**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Cincinelli.Valerie | 91619-053 | B-A |

| Evaluation Period | Work Assignment |
|---|---|
| November 2019 | East Laundry |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
✓5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
✓5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
✓5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1   ___ 2   ___ 3   ✓ 4   ___ M.

2. Hours of Satisfactory work  **100 hrs**  .

3. Regular Pay **$12.00**  .

4. Bonus Recommended: ___ yes; ✓ no

5. Total Pay **$12.00**  .

| Supervisor's Signature | Date | 12-1-2019 |
|---|---|---|
| Inmate's Signature | Date | 12·1·19 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER   **SECTION 4**

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>CINCINELLI, VALERIE | Register No.<br>91619-053 | Unit<br>B-A |
|---|---|---|
| Evaluation Period<br>DECEMBER 1,2019-DECEMBER 31,2019 | Work Assignment<br>EAST LAUNDRY | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
____1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____3. Satisfactory. Makes some mistakes but no more than expected at this level.
____4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
____4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
____1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
____4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
____1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
____4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
____4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
____1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
____4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours
   in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
   1. Performance Pay - Grade Class (Check one) ___ 1   ___ 2   ___ 3   _✓_ 4   ___ M.

   2. Hours of Satisfactory work **160**                                    .

   3. Regular Pay **$19.20**                                                .

   4. Bonus Recommended: ___ yes; _✓_ no

   5. Total Pay **$19.20**                                              . .

| Supervisor's Signature | Date  / / 20 |
|---|---|
| Inmate's Signature | Date  1 . 1 . 20 |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

BP-A0575
JUN 10
**PERFORMANCE PAY DAILY RECORD - INMATE**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: | `2 | 3 | 4 | 5 | 6 | |
| N/A | 8 | 8 | 8 | 8 | 8 | N/A |
| DAY OF MO: | 9 | 10 | 11 | 12 | 13 | |
| N/A | 8 | 8 | 8 | 8 | 8 | N/A |
| DAY OF MO: | 16 | 17 | 18 | 19 | 20 | |
| N/A | 8 | 8 | 8 | 8 | 8 | N/A |
| DAY OF MO: | 23 | 24 | 25 | 26 | 27 | |
| N/A | 8 | H | H | 8 | 8 | N/A |
| DAY OF MO: | 30 | 31 | | | | |
| N/A | 8 | 8 | | | | N/A |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name | Register No. | Detail |
|---|---|---|
| CINCINELLI, VALERIE | 91619-053 | EAST LAUNDRY |
| Month: DECEMBER, 2019 | Total Hours: 160 | |

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4