To the Honorable Judge Joanna Seybert,

    I am Louis Cincinelli, Valerie's father. My daughter has wanted to be a police officer ever since she was 5 years old. She would walk around the house in my cop hat! She has always been a determined child. When she was young she would drag her bike up the slight incline on the property wearing her helmet, knee and elbow pads, and descend down the incline...usually crashing, but more determined to ride. She practiced every day until finally, she didn't crash, and rode away with the biggest smile on her face.
    During high school she joined the JROTC to further her career goals of becoming a police officer. She went on to Longwood University where she studied criminal justice, graduated and joined the NYPD. Once married with children, she displayed all the attributes of a loving, nurturing mother.
    During her years at the 106 precinct she was honored as cop of the month several times. She even received a NY police foundation award for capturing a bank robber all by herself. Valerie also joined the New York State Guard, completed training with them, and attended all required drills and summer encampments. She also wanted to join the US Army as soon as she retired from the NYPD.
    I'm asking you to please let Valerie come home to her family. Those kids need their mother and I know that she loves & misses them tremendously.

    Thank you,
    Louis Cincinelli